UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------
FRANCISCO GARCIA -RODRIGUEZ,

                         Petitioner,                  9:05-CV-377
                                                               (LEK)(DRH)

   v.

T.S. CRAIG, Warden,

                         Respondent.

--------------------------------------------------------------------
APPEARANCES:

FRANCISCO GARCIA-RODRIGUEZ
Petitioner, *pro se*
02798-049
FCI Ray Brook
P.O. Box 9006
Ray Brook, NY 12977

LAWRENCE E. KAHN, U.S. DISTRICT JUDGE

## ORDER

     Francisco Garcia-Rodriguez ("Rodriguez" or "petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 with the Court on March 24, 2005. Docket No. 1. Said petition was dismissed by Order of the this Court filed April 8, 2005. ("April Order"). *See* Docket No. 4. Presently before the Court is petitioner's notice of appeal and motion for a certificate of appealability. (Docket No. 6).

     The Court notes that a federal prisoner is not required to obtain a certificate of appealability to challenge the denial of a petition brought pursuant to 28 U.S.C. § 2241. *See Yu v. United States,* 183 F. Supp. 2d 657, 664 (S.D.N.Y. 2002). Accordingly, petitioner's request for a certificate of appealability will be denied as moot.

     WHEREFORE, it is hereby

ORDERED, that petitioner's application for a certificate of appealability (Docket No. 5) is **DENIED** as moot, and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order upon the petitioner by regular mail.

IT IS SO ORDERED.

Dated:  April 27, 2005
            Albany, New York

Lawrence E. Kahn
U.S. District Judge